**NOT FOR PUBLICATION**

FEB 29 2012

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SANG KOO YI, | No. 10-71007 |
| Petitioner, | Agency No. A096-691-955 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012**

Before:     FERNANDEZ, McKEOWN and BYBEE, Circuit Judges.

Petitioner Sang Koo Yi, a native and citizen of Korea, petitions for review of

a Board of Immigration Appeals order dismissing his appeal from an immigration

judge's denial of his application for cancellation of removal.  Our jurisdiction is

governed by 8 U.S.C. § 1252.  We dismiss the petition for review.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary determination that Yi failed to show exceptional and extremely unusual hardship to his U.S. citizen mother. 8 U.S.C. § 1252(a)(2)(B); *Mendez-Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir. 2009).

Yi's contention that the agency failed to properly consider and weigh all evidence of hardship does not raise a colorable due process claim. *Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**